# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COTRELL T. KNIGHT, | ) | |
| Petitioner, | ) | 8:18CV579 |
| v. | ) | |
| ROBERT MADSEN, | ) | ORDER |
| Respondent. | ) | |

Petitioner has failed to pay the filing fee and he has not moved to proceed in forma pauperis. He was given an opportunity to do both and failed to do so. Therefore,

IT IS ORDERED that judgment will be entered dismissing this matter without prejudice.

DATED this 23rd day of January, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge